LMI–LA METALLI INDUSTRIALE, S.P.A., PLAINTIFF *v.* UNITED STATES, DEFENDANT AND AMERICAN BRASS, ET AL., DEFENDANT-INTERVENORS

Court No. 87–03–00560

ORDER

DICARLO, *Judge*: In conformity with the order and opinion of the United States Court of Appeals for the Federal Circuit, it is hereby

ORDERED that this action is remanded to the United States Department of Commerce, International Trade Administration for further proceedings in conformity with the order and opinion of the United States Court of Appeals for the Federal Circuit.